1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7          SOUTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,              Case No.: 22-cr-2653-JO

10                           Plaintiff,    **ORDER CONTINUING MOTION**
                                           **HEARING/TRIAL SETTING**
11  v.

12  KENNETH BENJAMIN PORTILLO-NAVAS,

13                           Defendant.

14

15          On February 17, 2023, the parties filed a Joint Motion to Continue the Motion

16  Hearing/Trial Setting currently set for February 17, 2023 to March 17, 2023.  For good

17  cause appearing, the Court GRANTS the joint motion to continue [Dkt. 25] and sets the

18  Motion Hearing/Trial Setting on March 17, 2023 at 1:30 p.m.

19          For the reasons set forth in the joint motion, the Court finds that the ends of justice

20  will be served by granting the requested continuance, and these outweigh the interests of

21  the public and the defendant in a speedy trial.  On January 19, 2023, a plea agreement was

22  lodged before the Court, and a change of plea hearing is set for February 23, 2023.

23  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C.

24  § 3161(h)(1)(G), (h)(7)(A).

25  //

26  //

27  //

28  //

Further, on December 2, 2022, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from December 2, 2022 to March 17, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE